

| | |
|---|---|
| 1 | MARLENE G. WEINSTEIN |
| 2 | Chapter 7 Trustee |
| 3 | 1511 M Sycamore Ave., #259 |
| | Hercules, CA 94547 |
| 4 | Telephone: (925) 482-8982 |
| | mgwtrustee@mgwtrustee.com |
| 5 | |
| 6 | Chapter 7 Trustee |

The following constitutes
the order of the court. Signed October 1, 2015

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-42420 CN |
|---|---|
| RALPH STEWART SIMPSON, | Chapter 7 |
| Debtor(s). | ORDER ON OBJECTION TO DISMISSAL OF CASE |

The Court having read and considered the Objection to Dismissal of Case for Debtors' Failure to File Required Documents filed by Marlene G. Weinstein, Trustee ("Trustee") of the bankruptcy estate of debtor, Ralph Stewart Simpson ("Debtor"), for an order granting an extension of time through and including November 30, 2015, for Debtor and/or the Trustee to file the required documents and/or obtain an order excusing the filing of said documents as set forth in the Order to File Required Documents Notice Re Automatic Dismissal issued by the Court on August 4, 2015 [ECF #4], and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Debtors and/or the Trustee shall be and hereby are granted an extension of time through and including November 30, 2015, to file the required documents and/or obtain an order excusing the filing of said documents as set forth in the Order to File Required Documents Notice Re Automatic Dismissal issued by the Court on August 4, 2015.

* * * END OF ORDER * * *

COURT SERVICE LIST

Ralph Stewart Simpson
P.O. Box 12431
Oakland, CA 94604

2