Charles P. Maher, State Bar No. 124748
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415.267.4000
Fax No.: 415.267.4198
E-mail: charles.maher@dentons.com

Counsel for Marlene G. Weinstein
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

RALPH STEWART SIMPSON,

Debtor.

Case No. 15-42420 CN
Chapter 7

## MOTION FOR ORDER AUTHORIZING ABANDONMENT OF VEHICLES

Marlene G. Weinstein, Trustee in Bankruptcy of the above Debtor, hereby moves the Court for an order authorizing her to abandon the estate's interest in a 2008 ES350 Lexus and in a 2000 Pontiac Sunbird. The Debtor estimated the value of the Lexus at $10,000 in his personal property schedule; it is subject to a security interest that secures a debt in the approximate amount of $6,200. According to a filing by Toyota Motor Credit, the Lexus has a value of $14,200. The Pontiac Sunbird is unencumbered but old.

The Trustee believes the sale of real property will generate sufficient net proceeds to pay all creditors in full. Therefore the Trustee has concluded that the unencumbered and non-exempt value, if any, in the Lexus is insignificant in the context of the case and that net proceeds from sale would be inconsequential. The Trustee has concluded that the Pontiac Sunbird has minimal if any realizable value.

The Trustee believes that the two vehicles are of inconsequential value, are not needed for the payment of debts and creditors, and should be abandoned under 11 U.S.C. § 554.

USW 805363062.1                                    1

WHEREFORE the Trustee requests entry of an order authorizing the relief sought above.

DATED: December 22, 2015  DENTONS US LLP

By: _____
Charles P. Maher
Counsel for Marlene G. Weinstein, Trustee

USW 805363062.1