MARLENE G. WEINSTEIN
Chapter 7 Trustee
1511 M Sycamore Ave., #259
Hercules, CA 94547
Telephone: (925) 482-8982
mgwtrustee@mgwtrustee.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

RALPH STEWART SIMPSON,

        Debtor(s).

Case No. 15-42420 CN
Chapter 7

TRUSTEE'S REPORT OF SALE OF REAL PROPERTY AND STATEMENT PURSUANT TO RULE 6004(f)

TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW Marlene G. Weinstein, Chapter 7 Trustee herein, and hereby files her report of the sale of the estate's real property located at 3233 Harrison Street, Oakland, California, to David Kopperdahl and Klas Berghede ("Buyers") for the sum of $1,430,000.00 on December 30, 2015, as set forth in the attached Seller(s) Final Closing Statement.

· Net proceeds received by the Trustee were $428,568.80.

Date of Close of Escrow: _December 30, 2015_

Order Approving Sale: _November 13, 2015 [ECF #67]_

Dated: January _6_, 2016      /s/ Marlene G. Weinstein
                                      Marlene G. Weinstein
                                      Chapter 7 Trustee



**Placer Title Company**
1797 Shattuck Avenue
Suite D
Berkeley, CA 94709

**SELLER(S) FINAL CLOSING STATEMENT**

| | |
|---|---|
| File Number: | P-113637 |
| Loan Number: | ▓▓▓212 |
| Sales Price: | $1,430,000.00 |
| Close Date: | 12/30/2015 |
| Disbursement Date: | 12/30/2015 |
| Date Prepared: | 12/31/2015 10:34:23 AM |

Certified True and Correct Copy

_____
Placer Title Company

| | |
|---|---|
| Type: | Sale |
| Property: | 3233 HARRISON STREET<br>OAKLAND, CA 94611 (ALAMEDA)<br>(010-0805-007) |
| Buyer(s): | DAVID KOPPERDAHL<br>1403 HAWTHORN TERRACE<br>Berkeley, CA 94708<br><br>KLAS BERGHEDE |
| Seller(s): | BANKRUPTCY ESTATE OF RALPH STEWART SIMPSON, DEBTOR, NORTHERN DISTRICT OF CALIFORNIA BANKRUPTCY COURT, CASE NO. 15-42420<br>1511-M SYCAMORE AVE #259<br>Hercules, CA 94547 |

| Description | Debit | Credit |
|---|---|---|
| **Deposits, Credits, Debits** | | |
| Sale Price of Property | | $1,430,000.00 |
| Earnest money retained by | | |
| Disbursed as proceeds ($10,000.00) | | |
| **Prorations** | | |
| County Taxes 12/30/2015 to 1/1/2016 @ $3,866.40/Six Months | | $21.48 |
| Unit A1 12/30/2015 to 1/1/2016 @ $1,925.00/Month | $64.17 | |
| Unit C4 12/30/2015 to 1/1/2016 @ $2,300.00/Month | $76.67 | |
| Unit B2 12/30/2015 to 1/18/2016 | $1,348.39 | |
| Unit C3 12/30/2015 to 1/15/2016 | $1,290.32 | |
| Security Deposit Unit No # 2 | $2,000.00 | |
| Security Deposit Unit #3 | $1,500.00 | |
| Security Deposit Unit #4 | $1,500.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan | $858,218.08 | |
|     Principal: $753,821.66 | | |
|     Interest on Statement: $85,181.99 | | |
|     Escrow Overdraft: $11,530.53 | | |
|     Late Fee: $6,553.40 | | |
|     Recording: $50.00 | | |
|     Attorney: $368.00 | | |
|     Unpaid Advances: $712.50 | | |
| **Commissions** | | |
| Real Estate Commission to Lawton Associates | $35,750.00 | |
| Real Estate Commission to HomeSmart Envisage Real Estate | $35,750.00 | |
| **Title Charges** | | |
| Title - Owner's Title Insurance (optional) to Placer Title Company | $1,363.00 | |
| Title - Endorsement(s) to Placer Title Company | | |
| Title - ALTA 9.2-06/CLTA 100.10-06 (Restrictions, Encroachments, Minerals - Improved Lan Endorsement(s) to Placer Title Company | | |
| Title - ALTA 18-06/CLTA 129-06 (Owners - Single Tax Parcel) Endorsement(s) to Placer Title Company | $100.00 | |

| Description | Amount | |
|---|---|---|
| Title - ALTA 22-06/CLTA 116.01-06 (Owners - Location) Endorsement(s) to Placer Title Company | | |
| Title - Settlement or closing fee to Placer Title Company | $775.00 | |
| Title - Express delivery service fees to Placer Title Company | $35.20 | |
| Title - Signing Service to First Class Signing Service | $125.00 | |
| Title - Express delivery service fees to Placer Title Company | $28.00 | |
| **Government Recording and Transfer Charges** | | |
| Release of City Lien $96.00 | $96.00 | |
| County Deed Tax/Stamps to MLHC Recording Account | $1,573.00 | |
| City Deed Tax/Stamps to MLHC Recording Account | $10,725.00 | |
| Court Order to MLHC Recording Account $33.00 | $33.00 | |
| **Additional Settlement Charges** | | |
| Upfront Demand Fee to City of Oakland Mandatory Garbage Section | $50.00 | |
| Upfront Demand Fee to City of Oakland | $125.00 | |
| Business Tax Lien to City of Oakland | $20.00 | |
| Hazard Disclosure Report to JCP-LGS Reports Natural Hazard Disclosures | $89.95 | |
| Refuse Liens to City of Oakland Mandatory Garbage Section | $20.00 | |
| Building Maintenance to Christian Brothers Painting | $1,135.00 | |
| Franchise Tax Withholding to Franchise Tax Board | $47,661.90 | |
| **Totals** | $1,001,452.68 | $1,430,021.48 |

**Balance Due TO Seller:** $428,568.80