

1 Charles P. Maher, State Bar No. 124748
DENTONS US LLP

2 One Market Plaza
Spear Tower, 24th Floor

**The following constitutes**
**the order of the court. Signed March 2, 2016**

3 San Francisco, California 94105
Telephone No.: 415-267-4000

4 Fax No.: 415-267-4198
E-mail: charles.maher@dentons.com

**Charles Novack**
**U.S. Bankruptcy Judge**

5

6 Counsel for Marlene G. Weinstein
Trustee in Bankruptcy

7

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 OAKLAND DIVISION

11 In re

Case No. 15-42420 CN
Chapter 7

12 RALPH STEWART SIMPSON,

13

14 Debtor.

15 **ORDER AUTHORIZING PAYMENT OF CHAPTER 7 ADMINISTRATIVE TAX**

16 Based on the Trustee's request and the supporting declaration of counsel and it appearing

17 from those documents that notice has been adequate, that no objection has been filed or served,

18 and that good cause exists, it is

19 ORDERED as follows:

20 1. The Trustee is authorized to pay $122,006 to the Department of the Treasury to

21 satisfy the estate's Chapter 7 tax liability.

22 2. The Trustee is authorized to pay $34,818 to the California Franchise Tax Board to

23 satisfy the estate's Chapter 7 tax liability.

24 3. The Trustee's request for retroactive authority for payments to Old School

25 Plumbing Company ($455) and Pacific Gas & Electric Company ($25.67) described in the

26 Trustee's February 5, 2016, notice, is granted.

27 ** END OF ORDER **

28

1

1    COURT SERVICE LIST

2    No Service Requested.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USW 805425525.1