MARLENE G. WEINSTEIN
CHAPTER 7 TRUSTEE
1511 Sycamore Ave., Suite M-259
Hercules, California 94547
Telephone: (925) 482-8982
mgwtrustee@mgwtrustee.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **Case No. 15-42420 CN-7** |
| | **Chapter 7** |
| **RALPH STEWART SIMPSON,** | |
| | **CONDITIONAL NON-OPPOSITION TO EX PARTE MOTION TO SUBSTITUTE DEBTOR'S DECEDENT ESTATE IN PLACE OF DEBTOR FOR PURPOSES OF RECEIVING EXCESS FUNDS FOLLOWING TRUSTEE'S ADMINISTRATION OF BANKRUPTCY ESTATE** |
| Debtor. | |

Marlene G. Weinstein, Chapter 7 trustee ("Trustee") for the bankruptcy estate of debtor, Ralph Stewart Simpson ("Debtor"), hereby files the within conditional non-opposition to the ex parte motion filed by Ralph Simpson, Jr., the Special Administrator appointed with limited powers to receive bankruptcy funds pursuant to the Order for Probate entered on August 11, 2016 and the Letters Special Administration issued on August 12, 2016 pursuant thereto, in connection with the probate case filed in the Alameda County Superior Court as Case No. RP16821330, on the following conditions:

1. The Order entered pursuant to the Ex Parte Motion will provide that any check issued by the Trustee will be made payable to the Debtor;

Condition Non-Opposition
to Ex Parte Motion

2. The Order entered pursuant to the Ex Parte Motion will include a specific address to which any check issued by the Trustee made payable to the Debtor is to be mailed; and,

3. The Order entered pursuant to the Ex Parte Motion will include a specific address to which all future correspondence addressed to the Debtor by the Trustee and/or the Court are to be mailed.

Respectfully submitted,

Dated: August 15 , 2016         /s/ Marlene G. Weinstein
                                Marlene G. Weinstein
                                Chapter 7 Trustee