

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
geoff@wiggslaw.com

The following constitutes
the order of the court. Signed August 18, 2016

Attorney for Decedent/Debtor's Special Administrator
**Ralph Simpson, Jr.**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>   Ralph Stewart Simpson,<br><br>        Debtor, | ) Case No. 15-42420-7-CN<br>)<br>) Chapter 7<br>)<br>) **ORDER SUBSTITUTING DEBTOR'S**<br>) **DECEDENT ESTATE AS PAYEE FOR**<br>) **ESTATE EXCESS FUNDS**<br>) |

    Upon review and consideration of Movant's Ex Parte Motion To Substitute Debtor's Decedent Estate In Place Of Debtor For Purposes Of Receiving Excess Funds Following Trustee's Administration Of The Bankruptcy Estate and all supporting documentation;

**IT IS ORDERED THAT**

1. Any check issued by the Trustee shall be made payable to debtor Ralph Stewart Simpson, Sr. or the Estate of Ralph Stewart Simpson, Sr.;

2. Checks issued by the Trustee shall be sent to Ralph Simpson, Jr, Special Administrator of the Estate of Ralph Stewart Simpson, Sr. at the following address:

      Ralph Simpson Jr.
      209 E Flagstone Dr
      Newark, DE 19702

3. All future correspondence addressed to the Debtor in this matter shall be mailed to the address of Debtor's Special Administrator as listed *supra*.

                            oo0oo

COURT SERVICE LIST

*NONE