

Charles P. Maher, State Bar No. 124748
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone No.: 415-267-4000
Fax No.: 415-267-4198
E-mail: charles.maher@dentons.com

Counsel for Marlene G. Weinstein
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed August 18, 2016

Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

RALPH STEWART SIMPSON,

Debtor.

Case No. 15-42420 CN
Chapter 7

Date: August 18, 2016
Time: 10:00 a.m.
Place: 1300 Clay Street, Courtroom 215
Oakland
Court: Hon. Charles Novack

**ORDER APPROVING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT**

On August 18, 2016, a hearing was held on the Trustee's final account and the applications of the Trustee and her professionals for compensation and expense reimbursement. Marlene G. Weinstein, Chapter 7 Trustee, appeared on behalf of herself. No appearances were necessary.

Based on the first and final application of Dentons US LLP for compensation and expense reimbursement in the above case, and it appearing that notice has been adequate, that no objection has been filed or served, and that good cause exists, it is

ORDERED as follows:

1. The first and final application of Dentons US LLP for compensation and expense reimbursement in the above case is approved.

2. The Trustee is authorized to pay Dentons US LLP final compensation in the amount of $34,702.50 and final expense reimbursement in the amount of $107.29.

\*\* END OF ORDER \*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | No Service Requested. |