

1

Bachecki, Crom & Co., LLP

2

Jay D. Crom, CPA
400 Oyster Point Boulevard, Suite 106

3

South San Francisco, CA 94080
Telephone: (415) 398-3534

**The following constitutes**
**the order of the court. Signed August 19, 2016**

4

5

Accountants for Trustee,
Marlene G. Weinstein

6

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

7

8

9

UNITED STATES BANKRUPTCY COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

In re

12

RALPH STEWART SIMPSON,

13

Debtor(S).

Case No. 15-42420
Chapter 7
Hearing: August 18, 2016
Time: 10:00 am
1300 Clay Street, Room 215
Oakland, CA 94612

14

15

ORDER APPROVING AND AUTHORIZING COMPENSATION TO ACCOUNTANTS

16

Bachecki, Crom & Co., LLP's final application for compensation by accountants for

17

Trustee; having come on for hearing before The Honorable CHARLES NOVACK, United States

18

Bankruptcy Judge, August 18, 2016, the Court having reviewed the final application for

19

compensation, due and proper notice having been given to the Debtor, creditors and other parties-

20

in-interest, and no objections having been filed with the court, and good cause appearing

21

therefore,

22

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

23

Bachecki, Crom & Co., LLP, accountants for Trustee, Marlene G. Weinstein, be allowed

24

and authorized to be paid compensation for services rendered for the period stated on its

25

application in the sum of $8,751.00, plus reimbursement of expenses in the amount of $100.81.

26

**END OF ORDER**

27

28

1

2   No service list required.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 15-42420    Doc# 120    Filed: 08/19/16    Entered: 08/22/16 15:51:51    Page 2 of 2