# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: SIMPSON, RALPH STEWART § Case No. 15-42420-CN
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marlene G. Weinstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,000.00 *(without deducting any secured claims)* | Assets Exempt: $2,000.00 |
| Total Distribution to Claimants: $858,561.32 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $397,719.54 | |

3) Total gross receipts of $ 1,513,964.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 257,683.68 (see **Exhibit 2**), yielded net receipts of $1,256,280.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,686,000.00 | $858,529.08 | $858,529.08 | $858,529.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 397,719.54 | 397,719.54 | 397,719.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 32.24 | 32.24 | 32.24 |
| **TOTAL DISBURSEMENTS** | $1,686,000.00 | $1,256,280.86 | $1,256,280.86 | $1,256,280.86 |

4) This case was originally filed under Chapter 7 on August 03, 2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2016          By: /s/Marlene G. Weinstein
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Apt B2 Rent Dec-Jan | 1222-000 | 2,200.00 |
| Refund of recording fees from title company audi | 1110-000 | 10.00 |
| Rents from Apt 1A | 1222-000 | 7,635.83 |
| Rents from Apt D4 | 1222-000 | 9,123.33 |
| Rents from Apt B2 | 1222-000 | 3,251.61 |
| Rents from Apt C3 | 1222-000 | 5,709.68 |
| Real property at 3233 Harrison St., Oakland, CA | 1210-000 | 1,430,000.00 |
| Patelco account ending in 914-00S | 1229-000 | 8,580.15 |
| Patelco account ending in 914-10S | 1229-000 | 46,988.72 |
| Refund of property insurance | 1129-000 | 465.22 |
| **TOTAL GROSS RECEIPTS** | | **$1,513,964.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ralph Stewart Simpson, Sr. | Dividend paid 100.00% on $257,683.68; Claim# SURPLUS; Filed: $257,683.68; Reference: | 8200-002 | 257,683.68 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$257,683.68** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| MORTGAGE | Wells Fargo Home Mortgage | 4110-000 | 1,680,000.00 | 858,218.08 | 858,218.08 | 858,218.08 |
| NOTFILED | Patelco Auto Loan | 4210-000 | 6,000.00 | N/A | N/A | 0.00 |
| | City of Oakland | 4800-000 | N/A | 96.00 | 96.00 | 96.00 |
| | City of Oakland | 4800-000 | N/A | 50.00 | 50.00 | 50.00 |
| | City of Oakland | 4800-000 | N/A | 125.00 | 125.00 | 125.00 |
| | City of Oakland | 4800-000 | N/A | 20.00 | 20.00 | 20.00 |
| | City of Oakland | 4800-000 | N/A | 20.00 | 20.00 | 20.00 |
| **TOTAL SECURED CLAIMS** | | | $1,686,000.00 | $858,529.08 | $858,529.08 | $858,529.08 |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marlene G. Weinstein | 2100-000 | N/A | 60,938.43 | 60,938.43 | 60,938.43 |
| Marlene G. Weinstein | 2200-000 | N/A | 14.78 | 14.78 | 14.78 |
| Clerk of the Bankruptcy Court | 2700-000 | N/A | 335.00 | 335.00 | 335.00 |
| East Bay Municipal Utility Dist (EBMUD) | 2420-000 | N/A | 54.00 | 54.00 | 54.00 |
| Internal Revenue Service | 2810-000 | N/A | 122,006.00 | 122,006.00 | 122,006.00 |
| Franchise Tax Board | 2820-000 | N/A | 82,479.90 | 82,479.90 | 82,479.90 |
| Dentons US LLP | 3110-000 | N/A | 34,702.50 | 34,702.50 | 34,702.50 |
| Dentons US LLP | 3120-000 | N/A | 107.29 | 107.29 | 107.29 |
| Bachecki, Crom & Co., LLP, CPA's | 3310-000 | N/A | 8,751.00 | 8,751.00 | 8,751.00 |
| Bachecki, Crom & Co., LLP, CPA's | 3320-000 | N/A | 100.81 | 100.81 | 100.81 |
| PG&E | 2420-000 | N/A | 99.21 | 99.21 | 99.21 |
| Alameda County Tax Collector | 2820-000 | N/A | -21.48 | -21.48 | -21.48 |
| Placer Title Company | 3510-000 | N/A | 35,750.00 | 35,750.00 | 35,750.00 |
| HomeSmart Envisage Real Estate | 3510-000 | N/A | 35,750.00 | 35,750.00 | 35,750.00 |
| Placer Titel Company | 2500-000 | N/A | 1,363.00 | 1,363.00 | 1,363.00 |
| Placer Title Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Placer Title Company | 2500-000 | N/A | 775.00 | 775.00 | 775.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Placer Title Company | 2500-000 | N/A | | 35.20 | 35.20 | 35.20 |
| First Class Signing Service | 2500-000 | N/A | | 125.00 | 125.00 | 125.00 |
| Placer Title Company | 2500-000 | N/A | | 28.00 | 28.00 | 28.00 |
| Alameda County Tax Collector | 2820-000 | N/A | | 1,573.00 | 1,573.00 | 1,573.00 |
| City of Oakland | 2820-000 | N/A | | 10,725.00 | 10,725.00 | 10,725.00 |
| MLHC Recording Account | 2500-000 | N/A | | 33.00 | 33.00 | 33.00 |
| JCP-LGS Reports | 2500-000 | N/A | | 89.95 | 89.95 | 89.95 |
| Christian Brothers Painting | 2420-000 | N/A | | 1,135.00 | 1,135.00 | 1,135.00 |
| Old School Plumbing Co. | 2420-000 | N/A | | 455.00 | 455.00 | 455.00 |
| PG&E | 2690-000 | N/A | | 25.67 | 25.67 | 25.67 |
| International Sureties, LTD. | 2300-000 | N/A | | 189.28 | 189.28 | 189.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $397,719.54 | $397,719.54 | $397,719.54 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pacific Gas and Electric Company | 7100-000 | N/A | 32.13 | 32.13 | 32.13 |
| 1I | Pacific Gas and Electric Company | 7990-000 | N/A | 0.11 | 0.11 | 0.11 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $32.24 | $32.24 | $32.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42420-CN  **Trustee:** (001780)  Marlene G. Weinstein
**Case Name:** SIMPSON, RALPH STEWART  **Filed (f) or Converted (c):** 08/03/15 (f)
**§341(a) Meeting Date:** 09/11/15
**Period Ending:** 11/21/16  **Claims Bar Date:** 12/10/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Rents from Apt 1A (u) | Unknown | N/A | | 7,635.83 | FA |
| 2  Rents from Apt D4 (u) | Unknown | N/A | | 9,123.33 | FA |
| 3  Rents from Apt B2 (u) | Unknown | N/A | | 3,251.61 | FA |
| 4  Rents from Apt C3 (u) | Unknown | N/A | | 5,709.68 | FA |
| 5  Real property at 3233 Harrison St., Oakland, CA (u)  Order Approving Sale ECF #67  Report of Sale ECF #78 | 0.00 | 459,000.00 | | 1,430,000.00 | FA |
| 6  Patelco account ending in 914-00S (u) | 0.00 | 8,579.36 | | 8,580.15 | FA |
| 7  Patelco account ending in 914-10S (u) | 0.00 | 40,730.88 | | 46,988.72 | FA |
| 8  White Pontiac Sunfire (older) (u)  Order Authorizing Abandonment ECF #83 | 0.00 | 0.00 | OA | 0.00 | FA |
| 9  2008 Lexis ES350 [168,000 miles] (u)  Order Authorizing Abandonment ECF #83 | 0.00 | 2,000.00 | OA | 0.00 | FA |
| 10  Miscellaneous Household Goods (u)  Order Authorizing Abandonment ECF #100 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 11  Refund of property insurance  Return of premium on sale of property | Unknown | 465.22 | | 465.22 | FA |
| 12  Disputed claim to funds held in prior escrow (u)  Order Authorizing Release of Funds ECF #100 | 0.00 | 2,000.00 | | 0.00 | FA |
| 13  Personal property in storage facilities (u)  Order Authorizing Abandonment ECF #100 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$2,000.00** | **$512,775.46** | | **$1,511,754.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/07/16 - filed non-opp to RFS motion re: Toyota
Prompt Determination Letter received from IRS and tax issue resolve - no action

05/01/16 - waiting for fee apps from counsel and accountant, then TFR
03/07/16 - abandonment of storage and turnover of escrow funds to be filed
02/05/16 - Tax year end February - file March 1 ..
01/21/16 - 2/18/2016 hearing on fee app filed by debtor's attorney (Attorney Withdrew Motion)
12/31/15 - contact insurer 12/17/15 - counsel to file notice of abandonment re: vehicles
12/01/15 - requested turnover of funds from Patelco Credit Union

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-42420-CN | Trustee: | (001780) | Marlene G. Weinstein |
| Case Name: | SIMPSON, RALPH STEWART | Filed (f) or Converted (c): | 08/03/15 (f) |
| | | §341(a) Meeting Date: | 09/11/15 |
| **Period Ending:** 11/21/16 | | **Claims Bar Date:** | 12/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/27/15 - Debtor Passed Away

11/17/15 - employ accountant and request tax docs from debtor to reduce tax obligation on sale of property

11/12/15 - Wait for court orders, then close sale - contact utility companies and add creditors

11/12/15 - Debtor's motion to convert denied and motion for sale of property approved

10/22/15- Court denied debtor's motion to dismiss case ECF #62; and set 11/12/2015 hearing on debtor's motion to convert to Chapter 13 at which time court will likely rule on Trustee's motion to sell property

10/12/15 - Debtor filed objection to sale .. hearings on Motion to sell set for 10/22

10/07/15 - 10/14/2015 is 21-days to object or overbid

09/21/15 - Signed purchase offer - sale to be noticed

09/04/15 - Objection to conversion filed

08/14/15 - investigate value of property, employ realtor and counsel and obtain operating order

**Initial Projected Date Of Final Report (TFR):**     August 3, 2015          **Current Projected Date Of Final Report (TFR):**     May 31, 2016  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42420-CN  
**Case Name:** SIMPSON, RALPH STEWART  

**Taxpayer ID #:** **-***0089  
**Period Ending:** 11/21/16  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $80,123,810.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/15 | {1} | Dorothy Johnson | Apt A1 September Rent pt 1 | 1222-000 | 950.00 | | 950.00 |
| 09/08/15 | {1} | Rochella Johnson-Ells | Apt A1 September Rent pt 2 | 1222-000 | 975.00 | | 1,925.00 |
| 09/10/15 | {2} | Blythe Young | Apt D4 - September Rent - Young | 1222-000 | 600.00 | | 2,525.00 |
| 09/10/15 | {2} | Victor Manuel Duenas | Apt D4- September Rent Duenas | 1222-000 | 700.00 | | 3,225.00 |
| 09/10/15 | {2} | Brittney A Cross | Apt D4 - September Rent - Cross | 1222-000 | 1,000.00 | | 4,225.00 |
| 09/28/15 | {4} | Robert N. Leggoe | Apt C3 - September Rent | 1222-000 | 2,500.00 | | 6,725.00 |
| 09/30/15 | {3} | Lisa-Marie Chu | Apt B2 - Sept-Oct Rent | 1222-000 | 2,200.00 | | 8,925.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,915.00 |
| 10/02/15 | {2} | Blythe Young | Apt D4 - October Rent | 1222-000 | 600.00 | | 9,515.00 |
| 10/02/15 | {2} | Victor Manuel Duenas | Apt D4 - October Rent | 1222-000 | 700.00 | | 10,215.00 |
| 10/02/15 | {2} | Sterling Ripley-Phipps | Apt D4 - October Rent | 1222-000 | 1,000.00 | | 11,215.00 |
| 10/02/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 11,225.00 |
| 10/08/15 | {1} | Dorothy Johnson | Apt A1 -October Rent | 1222-000 | 950.00 | | 12,175.00 |
| 10/08/15 | {1} | Rochelle Johnson-Ells | Apt A1 -October Rent | 1222-000 | 975.00 | | 13,150.00 |
| 10/26/15 | {3} | Lisa Marie Chu | Rent B2 October-November | 1222-000 | 2,200.00 | | 15,350.00 |
| 10/26/15 | {4} | Robert Leggoe | Rent C3 - Oct 15 - Nov 15 | 1222-000 | 2,500.00 | | 17,850.00 |
| 11/05/15 | {2} | Blythe Young | Apt 4D November Rent | 1222-000 | 2,300.00 | | 20,150.00 |
| 11/09/15 | {1} | Dorothy Johnson | 1A November Rent | 1222-000 | 950.00 | | 21,100.00 |
| 11/09/15 | {1} | Rochelle Johnson-Ells | 1A November Rent | 1222-000 | 975.00 | | 22,075.00 |
| 12/01/15 | {3} | Lisa Marie Chu | Apt B-2 Nov-Dec Rent | 1222-000 | 2,200.00 | | 24,275.00 |
| 12/07/15 | {2} | Blythe Young | Apt D-4 December Rent | 1222-000 | 2,300.00 | | 26,575.00 |
| 12/09/15 | {1} | Dorothy Johnson | Apt. A1 - December Rent | 1222-000 | 950.00 | | 27,525.00 |
| 12/09/15 | {1} | Rochelle Johnso-Ells | Apt A1 - December rent | 1222-000 | 975.00 | | 28,500.00 |
| 12/14/15 | | Patelco Credit Union | Turnover of credit union funds | | 55,568.87 | | 84,068.87 |
| | {6} | | Turnover from Savings Account  8,580.15 | 1229-000 | | | 84,068.87 |
| | {7} | | Turnover from Checking Account  46,988.72 | 1229-000 | | | 84,068.87 |
| 12/16/15 | 101 | PG&E | Simpson: PG&E Account 5749549335-5 | 2420-000 | | 99.21 | 83,969.66 |
| 12/21/15 | {4} | Robert Leggoe | Apt C3 rent - Nov 15 through Jan 15 | 1222-000 | 5,000.00 | | 88,969.66 |
| 12/23/15 | | Lisa Marie Chu | Apt B2 Rent Dec-Jan | 1222-000 | 2,200.00 | | 91,169.66 |
| 12/31/15 | | Placer Title Company | Sale of Property Net Proceeds | | 428,568.80 | | 519,738.46 |
| | {5} | Placer Title Company | Gross Proceeds from Sale of Property  1,430,000.00 | 1210-000 | | | 519,738.46 |
| | | Alameda County Tax Collector | Credit Real Property Taxes  21.48 | 2820-000 | | | 519,738.46 |

Subtotals : $519,837.67    $99.21

{} Asset reference(s)    Printed: 11/21/2016 11:23 AM    V.13.29

Case: 15-42420    Doc# 130    Filed: 12/06/16    Entered: 12/06/16 13:24:09    Page 8 of 11

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42420-CN  
**Case Name:** SIMPSON, RALPH STEWART  

**Taxpayer ID #:** **-***0089  
**Period Ending:** 11/21/16  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $80,123,810.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {1} | David Kopperdahl and Klas Berghede | Credit to buyer for rent received from tenant | -64.17 | 1222-000 | | | 519,738.46 |
| | {2} | David Kopperdahl and Klas Berghede | Credit to buyer for rent received from tenant | -76.67 | 1222-000 | | | 519,738.46 |
| | {3} | David Kopperdahl and Klas Berghede | Credit to buyer for rent received from tenant | -1,348.39 | 1222-000 | | | 519,738.46 |
| | {4} | David Kopperdahl and Klas Berghede | Credit to buyer for rent received from tenant | -1,290.32 | 1222-000 | | | 519,738.46 |
| | {3} | David Kopperdahl and Klas Berghede | Credit to buyer for security deposit from tenant | -2,000.00 | 1222-000 | | | 519,738.46 |
| | {4} | David Kopperdahl and Klas Berghede | Credit to buyer for security deposit from tenant | -1,500.00 | 1222-000 | | | 519,738.46 |
| | {4} | David Kopperdahl and Klas Berghede | Credit to buyer for security deposit from tenant | -1,500.00 | 1222-000 | | | 519,738.46 |
| | | Wells Fargo Home Mortgage | Payoff of loan secured by deed of trust 6617 | -858,218.08 | 4110-000 | | | 519,738.46 |
| | | | Commission to trustee's realtor | -35,750.00 | 3510-000 | | | 519,738.46 |
| | | HomeSmart Envisage Real Estate | Commission to buyer's realtor | -35,750.00 | 3510-000 | | | 519,738.46 |
| | | Placer Titel Company | Owner's Title Insurance | -1,363.00 | 2500-000 | | | 519,738.46 |
| | | Placer Title Company | ALTA/CLTA Endorsement | -100.00 | 2500-000 | | | 519,738.46 |
| | | Placer Title Company | Settlement/Closing Fee | -775.00 | 2500-000 | | | 519,738.46 |
| | | Placer Title Company | Expess delivery service fee | -35.20 | 2500-000 | | | 519,738.46 |
| | | First Class Signing Service | Notary Signing Services | -125.00 | 2500-000 | | | 519,738.46 |
| | | Placer Title Company | Express delivery service fee | -28.00 | 2500-000 | | | 519,738.46 |
| | | City of Oakland | Release of City Lien Fee | -96.00 | 4800-000 | | | 519,738.46 |
| | | Alameda County Tax Collector | Alameda County Property Tax | -1,573.00 | 2820-000 | | | 519,738.46 |
| | | City of Oakland | City of Oakland Transfer Charges | -10,725.00 | 2820-000 | | | 519,738.46 |
| | | MLHC Recording Account | Court Order Recording Fee | -33.00 | 2500-000 | | | 519,738.46 |

Subtotals: $0.00 $0.00

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42420-CN  
**Case Name:** SIMPSON, RALPH STEWART  

**Taxpayer ID #:** **-***0089  
**Period Ending:** 11/21/16  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $80,123,810.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | City of Oakland | Demand Fee to City of Oakland Garbage Section -50.00 | 4800-000 | | | 519,738.46 |
| | | City of Oakland | Demand Fee to City of Oakland -125.00 | 4800-000 | | | 519,738.46 |
| | | City of Oakland | Business Tax Lien -20.00 | 4800-000 | | | 519,738.46 |
| | | JCP-LGS Reports | Hazard Disclosure Report -89.95 | 2500-000 | | | 519,738.46 |
| | | City of Oakland | Refuse Liens to City of Oakland Garbage -20.00 | 4800-000 | | | 519,738.46 |
| | | Christian Brothers Painting | Maintenance and Repair of Property -1,135.00 | 2420-000 | | | 519,738.46 |
| | | Franchise Tax Board | Franchise Tax Board Withholding -47,661.90 | 2820-000 | | | 519,738.46 |
| 12/31/15 | 102 | Old School Plumbing Co. | Plumbing Repairs - Invoices 12489-15 and 12490-15 ECF #96 | 2420-000 | | 455.00 | 519,283.46 |
| 01/14/16 | 103 | PG&E | Final PG&E bill - Acct. 5749549335-5 ECF #96 | 2690-000 | | 25.67 | 519,257.79 |
| 01/29/16 | {11} | State Farm Insurance Copmany | Return of insurance premium on cancellation of policy | 1129-000 | 465.22 | | 519,723.01 |
| 01/29/16 | 104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2016 FOR CASE #15-42420, Bond #016048574 [Term 1/1/16-1/1/17] | 2300-000 | | 189.28 | 519,533.73 |
| 03/08/16 | 105 | Department of the Treasury | 2015 Form 1041 - FEIN 30-6490089 | 2810-000 | | 122,006.00 | 397,527.73 |
| 03/08/16 | 106 | Franchise Tax Board | 2015 Form 541 - FEIN 30-6490089 | 2820-000 | | 34,818.00 | 362,709.73 |
| 08/04/16 | | Placer Title Company | Refund of recording fees from title company audit | 1110-000 | 10.00 | | 362,719.73 |
| 08/22/16 | 107 | Clerk of the Bankruptcy Court | Dividend paid 100.00% on $335.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 335.00 | 362,384.73 |
| 08/22/16 | 108 | East Bay Municipal Utility Dist (EBMUD) | Dividend paid 100.00% on $54.00, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs); Reference: 2598 | 2420-000 | | 54.00 | 362,330.73 |
| 08/22/16 | 109 | Dentons US LLP | Dividend paid 100.00% on $34,702.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 34,702.50 | 327,628.23 |
| 08/22/16 | 110 | Dentons US LLP | Dividend paid 100.00% on $107.29, Attorney for Trustee Expenses (Trustee Firm); | 3120-000 | | 107.29 | 327,520.94 |

Subtotals: $475.22 $192,692.74

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 15-42420-CN | **Trustee:** | Marlene G. Weinstein (001780) |
| **Case Name:** | SIMPSON, RALPH STEWART | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******4166 - Checking Account |
| **Taxpayer ID #:** | **-***0089 | **Blanket Bond:** | $80,123,810.00  (per case limit) |
| **Period Ending:** | 11/21/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Reference: | | | | |
| 08/22/16 | 111 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $8,751.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 8,751.00 | 318,769.94 |
| 08/22/16 | 112 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $100.81, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 100.81 | 318,669.13 |
| 08/22/16 | 113 | Pacific Gas and Electric Company | Dividend paid 100.00% on $32.13; Claim# 1; Filed: $32.13; Reference: 2598 | 7100-000 | | 32.13 | 318,637.00 |
| 08/22/16 | 114 | Ralph Stewart Simpson, Sr. | Dividend paid 100.00% on $257,683.68; Claim# SURPLUS; Filed: $257,683.68; Reference: | 8200-002 | | 257,683.68 | 60,953.32 |
| 08/22/16 | 115 | Marlene G. Weinstein | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 60,953.21 | 0.11 |
| | | | Dividend paid 100.00%     60,938.43 on $60,938.43;  Claim# ; Filed: $60,938.43 | 2100-000 | | | 0.11 |
| | | | Dividend paid 100.00%     14.78 on $14.78;  Claim# ; Filed: $14.78 | 2200-000 | | | 0.11 |
| 08/22/16 | 116 | Pacific Gas & Electric Company | Interest on Claim | 7990-000 | | 0.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 520,312.89 | 520,312.89 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 520,312.89 | 520,312.89 | |
| | | | Less: Payments to Debtors | | | 257,683.68 | |
| | | | **NET Receipts / Disbursements** | | **$520,312.89** | **$262,629.21** | |

| | |
|---|---:|
| Net Receipts : | 520,312.89 |
| Plus Gross Adjustments : | 993,651.65 |
| Less Payments to Debtor : | 257,683.68 |
| Net Estate : | $1,256,280.86 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******4166 | 520,312.89 | 262,629.21 | 0.00 |
| | $520,312.89 | $262,629.21 | $0.00 |

{} Asset reference(s)

Printed: 11/21/2016 9:23 AM    V.13.29